UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

JESSE JAMES,

        Plaintiff,

  - Against -

DANIEL MARTUSCELLO III,

        Defendant 1;

ANTHONY ANNUCCI,

        Defendant 2;

LETITIA JAMES,

        Defendant 3;

CAROL MOORES,

        Defendant 4;

CHRISTOPHER YEHL,

        Defendant 5;

MR. WHITE,

        Defendant 6;

MS. BRADY,

        Defendant 7;

LT. DIEAL,

        Defendant 8;

SGT JOHNSON,

        Defendant 9;

CASE NUMBER

24-CV-00168-JLS

- - - - - - - - - - - - - - - - x

SGT. BUSTER,

                    DEFENDANT 10;

SGT. JONES,

                    DEFENDANT 11;

SGT. MACK,

                    DEFENDANT 12;

SGT. MARCUS,

                    DEFENDANT 13;

SGT. PRICE,

                    DEFENDANT 14;

SGT. SMITH,

                    DEFENDANT 15;

C.O. REID,

                    DEFENDANT 16;

JANE DOE (1),

                    DEFENDANT 17;

JANE DOE (2),

                    DEFENDANT 18;

MS. S. RODRIQEZ,

                    DEFENDANT 19;

JOHN DOE (1),

                    DEFENDANT 20;

JOHN DOE (2),

                    DEFENDANT 21;

- - - - - - - - - - - - - - - - - X

JOHN DOE (3),

        DEFENDANT 22;

JOHN DOE (4),

        DEFENDANT 23;

JOHN DOE (5),

        DEFENDANT 24;

ERNEST LOWERRE,

        DEFENDANT 25;

THOMAS DELMAR,

        DEFENDANT 26;

DANYELLE HODGES,

        DEFENDANT 27;

PAMELA WYCKOFF,

        DEFENDANT 28;

CHRISTINA HILL,

        DEFENDANT 29;

MARC MᶜGRAIN,

        DEFENDANT 30;

JAMES BICCUM,

        DEFENDANT 31;

DAVID BEDIENT,

        DEFENDANT 32;

JAMES CONGER,

        DEFENDANT 33;

- - - - - - - - - - - - - - - - X

SGT. J. LEWIS,

       DEFENDANT 34;

SGT. H _____ ,

       DEFENDANT 35;

DANIELLE FREEMAN,

       DEFENDANT 36;

JANE DOE(3),

       DEFENDANT 37;

JANE DOE(4),

       DEFENDANT 38;

JOHN DOE (6),

       DEFENDANT 39;

JOHN DOE (7),

       DEFENDANT 40;

JOHN DOE (8),

       DEFENDANT 41;

JOHN DOE (9),

       DEFENDANT 42;

JOHN DOE (10),

       DEFENDANT 43;

DANIELLE SEEHAS,

       DEFENDANT 44;

AMY CARR,

       DEFENDANT 45;

————————————————————x

KRISTEN SALOTTI,

             DEFENDANT 46.

————————————————————x

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## I. THE PARTIES TO THIS COMPLAINT

### A. THE PLAINTIFF

NAME:               JESSE JAMES

DIN No.:          16-A-2985

INSTITUTION:    FIVE POINTS CORRECTIONAL FACILITY

ADDRESS:        STATE ROUTE 96, P.O. BOX 119

                   ROMULUS, NEW YORK 14541

### B. THE DEFENDANTS

#### DEFENDANT No. 1

NAME:             DANIEL MARTUSCELLO III

JOB/TITLE:      ACTING COMMISSIONER

EMPLOYER:      DEPARTMENT OF CORRECTIONS

                   AND COMMUNITY SUPERVISION

ADDRESS:        1220 WASHINGTON AVENUE

BUILDING 2

ALBANY, NEW YORK 12226 - 2050

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 2

NAME:        ANTHONY ANNUCCI
JOB/TITLE:   FORMER ACTING COMMISSIONER
EMPLOYER:    DEPARTMENT OF CORRECTIONS
             AND COMMUNITY SUPERVISION
ADDRESS:     1220 WASHINGTON AVENUE
             BUILDING 2
             ALBANY, NEW YORK 12226 - 2050

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 3

NAME:        LITITIA JAMES
JOB/TITLE:   NEW YORK ATTORNEY GENERAL
EMPLOYER:    NEW YORK GOVERNOR
ADDRESS:     DEPARTMENT OF LAW
             THE CAPITOL
             ALBANY, NEW YORK 12224 - 0341

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 4

NAME: CAROL MOORES

JOB/TITLE: CHIEF MEDICAL OFFICER

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: 1220 WASHINGTON AVENUE
BUILDING 2
ALBANY, NEW YORK 12226-2050

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 5

NAME: CHRISTOPHER YEHL

JOB/TITLE: SUPERINTENDENT

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

PAGE 7 OF 68

DEFENDANT No. 6

NAME:               MR. WHITE
JOB/TITLE:          FIRST DEPUTY SUPERINTENDENT
EMPLOYER:           DEPARTMENT OF CORRECTIONS
                    AND COMMUNITY SUPERVISION
ADDRESS:            WENDE CORRECTIONAL FACILITY
                    3040 WENDE ROAD
                    ALDEN, NEW YORK  14004 - 1187

☒   INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 7

NAME:               MS. BRADY
JOB/TITLE:          MHU THERAPIST
EMPLOYER:           DEPARTMENT AND CORRECTIONS
                    AND COMMUNITY SUPERVISION
ADDRESS:            WENDE CORRECTIONAL FACILITY
                    3040 WENDE ROAD
                    ALDEN, NEW YORK  14004 - 1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 8.

NAME:            LT. DIEAL

JOB/TITLE:

EMPLOYER:      DEPARTMENT OF CORRECTIONS
               AND COMMUNITY SUPERVISION

ADDRESS:       WENDE CORRECTIONAL FACILITY
               3040 WENDE ROAD
               ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 9

NAME:            SGT. JOHNSON

JOB/TITLE:

EMPLOYER:      DEPARTMENT OF CORRECTIONS
               AND COMMUNITY SUPERVISION

ADDRESS:       WENDE CORRECTIONAL FACILITY,
               3040 WENDE ROAD
               ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 10

NAME:            SGT. BUSTER

JOB/TITLE:

EMPLOYER:   DEPARTMENT OF CORRECTIONS
            AND COMMUNITY SUPERVISION

ADDRESS:    WENDE CORRECTIONAL FACILITY
            3040 WENDE ROAD
            ALDEN, NEW YORK   14004 - 1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 11

NAME:       SGT. JONES
JOB/TITLE:
EMPLOYER:   DEPARTMENT OF CORRECTIONS
            AND COMMUNITY SUPERVISION
ADDRESS:    WENDE CORRECTIONAL FACILITY
            3040 WENDE ROAD
            ALDEN, NEW YORK   14004 - 1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 12

NAME:       SGT. MACK
JOB) TITLE:

PAGE 10 OF 68

EMPLOYER:    DEPARTMENT OF CORRECTIONS
             AND COMMUNITY SUPERVISION

ADDRESS:     WENDE CORRECTIONAL FACILITY
             3040 WENDE ROAD
             ALDEN, NEW YORK  14004 - 1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY


DEFENDANT No. 13


NAME:        SGT. MARCUS

JOB/TITLE:

EMPLOYER:    DEPARTMENT OF CORRECTIONAL
             AND COMMUNITY SUPERVISION

ADDRESS:     WENDE CORRECTIONAL FACILITY
             3040 WENDE ROAD
             ALDEN, NEW YORK  14004 - 1187


☒ INDIVIDUAL AND OFFICIAL CAPACITY


DEFENDANT No. 14


NAME:        SGT. PRICE

JOB/TITLE:

EMPLOYER:    DEPARTMENT OF CORRECTIONS

PAGE 11 OF 68

AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY

3040 WENDE ROAD

ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 15

NAME: SGT. SMITH

JOB/TITLE:

EMPLOYER: DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY

3040 WENDE ROAD

ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 16

NAME: C.O. REID

JOB/TITLE: CORRECTION OFFICER

EMPLOYER: DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 17

NAME: JANE DOE (1)

JOB|TITLE: CORRECTION OFFICER

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK 14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 18

NAME: JANE DOE (2)

JOB|TITLE: CORRECTION OFFICER

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY

3040 WENDE ROAD
ALDEN, NEW YORK  14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 19

NAME: Ms. S. RODRIQUZ

JOB/TITLE: NURSE

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD
ALDEN, NEW YORK  14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 20

NAME: JOHN DOE (1)

JOB/TITLE: CORRECTION OFFICER

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: WENDE CORRECTIONAL FACILITY
3040 WENDE ROAD

ALDEN, NEW YORK    14004-1187

☒  INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 21

NAME:          JOHN DOE(2)

JOB/TITLE:     CORRECTION OFFICER

EMPLOYER:      DEPARTMENT OF CORRECTIONS

               AND COMMUNITY SUPERVISION

ADDRESS:       WENDE CORRECTIONAL FACILITY

               3040 WENDE ROAD

               ALDEN, NEW YORK  14004-1187

☒  INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 22

NAME:          JOHN DOE(3)

JOB/TITLE:     CORRECTION OFFICER

EMPLOYER:      DEPARTMENT OF CORRECTIONS

               AND COMMUNITY SUPERVISION

ADDRESS:       WENDE CORRECTIONAL FACILITY

               3040 WENDE ROAD

               ALDEN, NEW YORK  14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 23

NAME:            JOHN DOE (4)
JOB/TITLE:       CORRECTIONS OFFICER
EMPLOYER:        DEPARTMENT OF CORRECTIONS
                 AND COMMUNITY SUPERVISION
ADDRESS:         WENDE CORRECTIONAL FACILITY
                 3040 WENDE ROAD
                 ALDEN, NEW YORK    14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 24

NAME:            JOHN DOE (5)
JOB/TITLE:       CORRECTION OFFICER
EMPLOYER:        DEPARTMENT OF CORRECTIONS
                 AND COMMUNITY SUPERVISION
ADDRESS:         WENDE CORRECTIONAL FACILITY
                 3040 WENDE ROAD
                 ALDEN, NEW YORK  14004-1187

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 25

NAME: ERNEST LOWERRE
JOB|TITLE: SUPERINTENDENT
EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
ADDRESS: FIVE POINTS CORRECTIONAL FACILITY
6600 STATE ROUTE 96, CALLER BOX 400
ROMULUS, NEW YORK  14541

☒  INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 26

NAME: THOMAS DELMAR
JOB|TITLE: DEPUTY SUPERINTENDENT OF SECURITY
EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
ADDRESS: FIVE POINTS CORRECTIONAL FACILITY
6600 STATE ROUTE 96, CALLER BOX 400
ROMULUS, NEW YORK  14541

☒  INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 27

NAME:          DANYELLE HODGES
JOB/TITLE:     FIRST DEPUTY SUPERINTENDENT
EMPLOYER:      DEPARTMENT OF CORRECTIONS
               AND COMMUNITY SUPERVISION
ADDRESS:       FIVE POINTS CORRECTIONAL FACILITY
               6600 State Route 96, CALLER BOX 400
               ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 28

NAME:          PAMELA WYCKOFF
JOB/TITLE:     DEPUTY SUPERINTENDENT ADMINISTATION
EMPLOYER:      DEPARTMENT OF CORRECTIONS
               AND COMMUNITY SUPERVISION,
ADDRESS:       FIVE POINTS CORRECTIONAL FACILITY
               6600 State Route 96, CALLER BOX 400
               ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 29

NAME:          CHRISTINA HILL

JOB/TITLE: DEPUTY SUPERINTENDENT PROGRAMS

EMPLOYER: DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS: FIVE POINTS CORRECTIONAL FACILITY,

6600 STATE ROUTE 96, CALLER BOX 400

ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 30

NAME: MARC MCGRAIN

JOB/TITLE: CAPTAIN

EMPLOYER: DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS: FIVE POINTS CORRECTIONAL FACILITY

6600 STATE ROUTE 96, CALLER BOX 400,

ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 31

NAME: JASON BICCUM

JOB/TITLE:

EMPLOYER:    DEPARTMENT OF CORRECTIONS
             AND COMMUNITY SUPERVISION

ADDRESS:     FIVE POINTS CORRECTIONAL FACILITY
             6600 State Route 96, CALLER BOX 400
             ROMULUS, NEW YORK  14541

☒   INDIVIDUAL AND OFFICIAL CAPACITY


DEFENDANT No. 32

NAME:        DAVID BEDIENT

JOB) TITLE:

EMPLOYER:    DEPARTMENT OF CORRECTIONS
             AND COMMUNITY SUPERVISION

ADDRESS:     FIVE POINTS CORRECTIONAL FACILITY
             6600 STATE ROUTE 96, CALLER BOX 400
             ROMULUS, NEW YORK  14541

☒   INDIVIDUAL AND OFFICIAL CAPACITY


DEFENDANT No. 33

NAME:        JAMES CONGER

JOB) TITLE:

EMPLOYER:    DEPARTMENT OF CORRECTIONS

PAGE 20 of 68

ADDRESS:   AND COMMUNITY SUPERVISION

FIVE POINTS CORRECTIONAL FACILITY

6600 STATE ROUTE 96, CALLER BOX 400

ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 34

NAME:   J. LEWIS

JOB/TITLE:

EMPLOYER:   DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS:   FIVE POINTS CORRECTIONAL FACILITY

6600 STATE Route 96, CALLER BOX 400

ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 35

NAME:   H.

JOB/TITLE:

EMPLOYER:   DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

PAGE 21 OF 63

ADDRESS:   FIVE POINTS CORRECTIONAL FACILITY

6600 STATE ROUTE 96, CALLER BOX 400

ROMULUS, NEW YORK   14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 36

NAME:   DANIELLE FREEMAN

JOB/TITLE:   CORRECTION OFFICER

EMPLOYER:   DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS:   FIVE POINTS CORRECTIONAL FACILITY

6600 State Route 96, CALLER BOX 400

ROMULUS, NEW YORK   14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 37

NAME:   JANE DOE (3)

JOB/TITLE:   CORRECTIONS OFFICER

EMPLOYER:   DEPARTMENT OF CORRECTIONS

AND COMMUNITY SUPERVISION

ADDRESS:   FIVE POINTS CORRECTIONAL FACILITY

6600 STATE ROUTE 96, CAllER BOX 400

ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 38

NAME:           JANE DOE (4)

JOB/TITLE:      CORRECTION OFFICER

EMPLOYER:       DEPARTMENT OF CORRECTIONS

                AND COMMUNITY SUPERVISION

ADDRESS:        FIVE Points CORRECTIONAL FACILITY

                6600 State Roide 96, CAllER BOX 400

                ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 39

NAME:           JOHN DOE (6)

JOB/TITLE:      CORRECTION OFFICER

EMPLOYER:       DEPARTMENT OF CORRECTIONS

                AND COMMUNITY SUPERVISION

ADDRESS:        FIVE Points CORRECTIONAL FACILITY

                6600 State Route 96, CAllER BOX 400

Romulus, New York  14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 40

NAME:              JOHN DOE (7)
JOB/TITLE:         CORRECTION OFFICER
EMPLOYER:          DEPARTMENT OF CORRECTIONS
                   AND COMMUNITY SUPERVISION
ADDRESS:           FIVE POINTS CORRECTIONAL FACILITY
                   6600 STATE ROUTE 96, CALLER BOX 400
                   ROMULUS, NEW YORK 14541


☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT NO. 41

NAME:              JOHN DOE (8)
JOB/TITLE:         CORRECTION OFFICER
EMPLOYER:          DEPARTMENT OF CORRECTIONS
                   AND COMMUNITY SUPERVISION
ADDRESS:           FIVE POINTS CORRECTIONAL FACILITY
                   6600 STATE ROUTE 96, CALLER BOX 400
                   ROMULUS, NEW YORK 14541


PAGE 24 OF 68

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 42

| | |
|---|---|
| NAME: | JOHN DOE (9) |
| JOB/TITLE: | CORRECTION OFFICER |
| EMPLOYER: | DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION |
| ADDRESS: | FIVE POINTS CORRECTIONAL FACILITY 6600 STATE ROUTE 96, CALLER BOX 400 ROMULUS, NEW YORK 14541 |

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 43

| | |
|---|---|
| NAME: | JOHN DOE (10) |
| JOB/TITLE: | CORRECTION OFFICER |
| EMPLOYER: | DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION |
| ADDRESS: | FIVE POINTS CORRECTIONAL FACILITY 6600 STATE ROUTE 96, CALLER BOX 400 ROMULUS, NEW YORK 14541 |

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 44

NAME:              DANIELLE SEEHAS

JOB | TITLE:       COUNSELOR

EMPLOYER:          DEPARTMENT OF CORRECTIONS
                   AND COMMUNITY SUPERVISION

ADDRESS:           FIVE POINTS CORRECTIONAL FACILITY
                   6600 STATE ROUTE 96, CALLER BOX 400
                   ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 45

NAME:              AMY CARR

JOB | TITLE:       NURSE

EMPLOYER:          DEPARTMENT OF CORRECTIONS
                   AND COMMUNITY SUPERVISION

ADDRESS:           FIVE POINTS CORRECTIONAL FACILITY
                   6600 STATE ROUTE 96, CALLER BOX 400
                   ROMULUS, NEW YORK 14541

☒ INDIVIDUAL AND OFFICIAL CAPACITY

DEFENDANT No. 46

NAME: KRISTEN SALOTTI

JOB TITLE: FORMER NURSE PRACTIONER

EMPLOYER: DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

ADDRESS: FIVE POINTS CORRECTIONAL FACILITY

6600 STATE ROUTE 96, CAllER BOX 400

ROMULUS, NEW YORK 14541


☒ INDIVIDUAL AND OFFICIAL CAPACITY


## II. BASIS FOR JURISDICTION

UNDER 42 U.S.C. § 1983, YOU MAY SUE STATE OR LOCAL
OFFICIALS FOR THE "DEPRIVATION OF ANY RIGHTS,
PRIVILEGES, OR IMMUNITIES SECURED BY THE CONSTITUTION
AND FEDERAL LAWS."


A. ARE YOU BRINGING SUIT AGAINST:

  ☐ FEDERAL OFFICIALS ( A BIVENS CLAIM)

  ☒ STATE OR LOCAL OFFICIALS ( A § 1983 CLAIM)


B. SECTION 1983 ALLOWS CLAIMS ALLEGING THE
  "DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR

IMMUNITIES SECURED BY THE CONSTITUTION AND FEDERAL LAWS." 42 U.S.C. § 1983. IF YOU ARE SUING UNDER SECTION 1983, WHAT FEDERAL CONSTITUTIONAL OR STATUTORY RIGHTS, DO YOU CLAIM ARE BEING VIOLATED BY STATE OR LOCAL OFFICIALS?

THE CONSTITUTIONAL AND/OR STATUTORY RIGHTS that ARE being VIOLATED ARE, the SIXTH; EIGHTH; AND FOURTEENTH AMENDMENTS of the UNITED STATES CONSTITUTION, AS WELL AS PENAL LAW VIOLATIONS.

C.   SECTION 1983 ALLOWS DEFENDANTS TO BE FOUND LIABLE ONLY WHEN THEY HAVE ACTED "UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE, OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA." 42 U.S.C. § 1983. IF YOU ARE SUING UNDER SECTION 1983, EXPLAIN HOW EACH DEFENDANT ACTED UNDER COLOR OF STATE OR LOCAL LAW?

1.   DEFENDANT No. 1; ACTED UNDER the COLOR OF STATE OR LOCAL LAW, WHEN the Plaintiff SENT the DEFENDANT NUMEROUS LETTERS About being SEXUALLY ABUSED, AND Almost RAPED; AND DEFENDANT DID Nothing.

2.   DEFENDANT No. 2; the FORMER Acting COMMISSIONER,

ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, WHEN THE Plaintiff SENT NUMEROUS letters to the DEFENDANT, without having ANY JUSTICE DONE.

3. DEFENDANT No.3; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, when the Plaintiff SENT NUMEROUS letters to the DEFENDANT, AND the Plaintiff RECEIVED ONE RESPONSE, that STATED, "BASED ON the information PROVIDED, Your Submission INvolves AN Agency that falls OUTSIDE OUR JURISDICTION!"

4. DEFENDANT No.4; ACTED UNDER the COLOR OF STATE OR local LAW, when the Plaintiff SENT NUMEROUS letters, Complaining that the MEDICAL Staff At FIVE Points, IS COVERING up the SEXUAL AbusE', threats; AND SEXUAL HARASSMENT, for OFFICERS.

5. DEFENDANT No.5; ACTED UNDER the COLOR OF STATE OR local law, when the Plaintiff SENT the DEFENDANT NUMEROUS letters, INFORMING DEFENDANT that All OFFICERS' ARE Denying the Plaintiff to be CHECKED out by MEDICAL, AFTER A SEXUAL Assult AND ATTEMPTED RAPE', until four (4) Months AFTER the incident, AND AFTER A PREA complaint.

6. DEFENDANT No. 6, ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, WHEN THE PLAINTIFF SENT NUMEROUS LETTERS TO THE DEFENDANT, ABOUT THE SEXUAL ASSULT AND ATTEMPTED RAPE, THAT WENT UNANSWERED AND IGNORED.

7. DEFENDANT No. 7, ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, WHEN THE PLAINTIFF SENT NUMEROUS LETTERS TO DEFENDANT, COMPLAINING THAT PLAINTIFF WAS IN FEAR OF HIS LIFE, AND VERY DEPRESSED, DUE TO BEING SEXUALLY ASSULTED, AND THAT MEDICAL SEEMED TO BE COVERING EVERYTHING UP, AND NEVER RESPONDED.

8. DEFENDANT No. 8, ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, WHEN THE PLAINTIFF SENT LETTERS TO DEFENDANT ABOUT THE SEXUAL ASSULT, THREATS, AND SEXUAL HARASSMENT, AND DEFENDANT JOINED IN WITH THE OFFICERS' IN THE SHU, WHEN HE MADE HIS ROUNDS, DENYING PLAINTIFF ANY JUSTICE.

9. DEFENDANT No. 9, ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, WHEN THE DEFENDANT TOOK PART IN ATTEMPTING TO RAPE, AND SEXUALLY ASSULTED THE PLAINTIFF.

10. DEFENDANT No. 10; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN DEFENDANT INFORMED THE PLAINTIFF, "IF LETTERS CONTINUE TO GO OUT TO THE SUPERINTENDENT; COMMISSIONER; OR ATTORNEY'S; WHAT WILL HAPPEN TO YOU WILL BE TEN (10) TIMES WORSE THAN WHAT SGT JONES DID TO YOU!"

11. DEFENDANT No. 11; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN DEFENDANT SEXUALLY ASSULTED AND ATTEMPTED TO RAPE THE PLAINTIFF.

12. DEFENDANT No. 12; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN DEFENDANT TOLD THE PLAINTIFF TO "SUCK HIS DICK," AND THAT PLAINTIFF WOULD BE RAPED IF LETTERS CONTINUED TO BE SENT TO THE ADMINISTRATION. DEFENDANT WOULD ALSO BLOW KISSES AT THE PLAINTIFF, EVERY TIME HE MADE ROUNDS.

13. DEFENDANT No. 13; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN DEFENDANT ENCOURAGES SHU OFFICERS TO READ LETTERS OVER THE INTERCOM, THAT PLAINTIFF SENT OUT, TO HIS ATTORNEY; DEFENDANT ALSO INFORMED THE PLAINTIFF THAT, "MUCH MORE WILL BE DONE TO YOU SOON."

14. DEFENDANT No. 14', ACTED UNDER THE COLOR OF STATE OR LOCAL LAW' WHEN DEFENDANT ENCOURAGES SHU OFFICERS' to READ All lETTERS OVER tHE INTERCOM, that PlAINTIFF WAS MAIling OUT.

15. DEFENDANT No. 15', ACTED UNDER tHE COLOR OF STATE OR LOCAl LAW; WHEN DEFENDANT ENCOURAGED SHU OFFICERS' to tHREATEN tHE PlAINTIFF wItH booily HARM, AND wItH tHREAtS OF RAPE.

16. DEFENDANT No. 16', ACTED UNDER tHE COLOR OF STATE AND LOCAL LAW' WHEN tHE DEFENDANT INFORMED tHE PlAINTIFF, "if YOU CONtINUE to SEND OUt lETTERS to tHE SUPERINTENDENt AND OtHERS," tHE DEFENDANT wOULD " HAVE tHE OtHER SHU INMATES DO booily HARM, AND WHATEVER ElSE tHEy wISHED tO DO" to tHE PlAINTIFF.

17. DEFENDANT No. 17 AND DEFENDANT No. 18', ACTED UNDER tHE COLOR OF STATE OR lOCAl LAW; WHEN botH DEFENDANTS told tHE PlAINTIFF that, "YOU CAN SUCK OUR bloooy PUSSYS," AND that "if YOU RAt ON ANOtHER OFFICER, PlAINTIFF wOULD bE fACING CRIMINAL CHARGES, FOR AttEMPTING to RAPE botH DEFENDANTS."

18. DEFENDANT No. 19; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN DEFENDANT SET-UP THE PLAINTIFF, AND SENDING THE PLAINTIFF TO SHU, WHEN DEFENDANT DID WHAT Sgt. JONES TOLD DEFENDANT TO DO.

A. DEFENDANT No. 20; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW, WHEN DEFENDANT TOLD THE PLAINTIFF TO "SUCK HIS DICK!" ALSO, DEFENDANT GOT ON THE PA INTERCOM, TELLING THE REST OF THE SHU INMATES, THAT PLAINTIFF WAS A "RAT", AND BEGAN READING PLAINTIFF'S TESTIMONY FROM A CIVIL RIGHTS CASE, WHERE PLAINTIFF WAS A KEY WITNESS.

20. DEFENDANT No. 21; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN DEFENDANT WENT BETWEEN THE CATWALK AND PLAINTIFF'S CELL, AND SPRAYED PEPPER SPRAY INTO PLAINTIFF'S CELL THROUGH THE WALL JACK; CAUSING THE PLAINTIFF TO COUGH UP BLOOD, AND HAVE DIFFICULTY BREATHING.

21. DEFENDANT No. 22; ACTED UNDER THE COLOR OF STATE OR LOCAL LAW; WHEN THE DEFENDANT TOLD

Plaintiff that seeing that the Plaintiff wants to send out letters to the Superintendent, and the Commissioner; then "the Superintendent, the Commissioner, and the Plaintiff, can suck Defendants Dick!"

22. Defendant No. 23; acted under the color of state or local law; when the Defendant refused to notify medical, that Plaintiff was having difficulty breathing and coughing up blood; due to the pepper spray that was sprayed into the Plaintiff's cell.

23. Defendant No. 24; acted under the color of state or local law; when the Defendant threatened to sexually abuse and rape the female workers that make rounds in the SHU; and Defendant informs Plaintiff, "you will be blamed for it!"

24. Defendant No. 25; acted under the color of state or local law; when the Defendant did nothing about Plaintiff's complaints, about

OFFICERS' talking about Plaintiff's confidential MEDICAL file, that the Plaintiff was sexually assulted and almost RAPED, by SERGENTS AND OFFICERS' at the WENDE CORRECTIONAL FACILITY, DEFENDANT Also REFUSED to RESPOND to any of Plaintiff's letters.

25.     DEFENDANT No. 26', ACTED UNDER the color of STATE OR LOCAL LAW', when the DEFENDANT SENT LIEUTENENTS to INTERVIEW the PLAINTIFF; AND Allowed the LIEUTENENTS to COVER-up whatever the PLAINTIFF complained about.

26.     DEFENDANT No. 27', ACTED UNDER the COLOR of STATE OR LOCAL LAW', when DEFENDANT, AFTER having Plaintiff's letters sent to the Defendant from the Superintendent, this DEFENDANT REFUSED to SPEAK to the PLAINTIFF About the SEXUAL harassment and threats that Plaintiff is EXPERIENCING.

27.     DEFENDANT No. 28', ACTED UNDER the color of STATE OR local law', when the DEFENDANT failed to inquire into the Plaintiff's complaints.

28.     DEFENDANT No. 29', ACTED UNDER THE COLOR OF
STATE OR LOCAL LAW', WHEN THE DEFENDANT
INFORMED THE Plaintiff THAT DEFENDANT WOULD
look into THE legal mail BEING tampered with',
but, DEFENDANT REFUSED TO DO ANY INVESTIGATION
into THE Plaintiff's Claims OF SEXUAL
hARASSMENT AND THREATS.

29.     DEFENDANT No. 30', ACTED UNDER THE COLOR OF
STATE OR LOCAL LAW', WHEN DEFENDANT REFUSED
to REPly to THE Plaintiff, About Plaintiff's
CONCERNS THAT Plaintiff IS BEING TARGETED,
for being A KEY WITNESS IN A Civil Rights
CASE, THAT SENT AN OFFICER to PRISON FOR
30 years; AND Plaintiff SENT NUMEROUS lETTERS
ASKING THE DEFENDANT for help, but, THE
lETTERS WENT UNANSWERED.

30.     DEFENDANT No. 31', ACTED UNDER THE COLOR OF
STATE OR LOCAL LAW, WHEN THE Plaintiff STOPPED
THE DEFENDANT IN THE CORRIDOR, to SPEAK About
All THE VILE things THAT ARE BEING SAID AND
Done by THESE OFFICERS'; AND THE DEFENDANT
REPLIED, "I KNOW All About you being SExually
ASSulted. IF you continue to SEND lETTERS ~

Know this - You will not survive the night, if the DEFENDANT hEARS Anything more About the Plaintiff's SExuAL Assault.

31. DEFENDANT No. 32', AcTED uNDER the color of STATE OR LocAL LAW, when the DEFENDANT told the Plaintiff to NEVER ApproAch DEFENDANT - complaining About being THREATENED OR SExually Assulted by his officers', otheRwise the Plaintiff would be "RApED."

32. DEFENDANT No. 33', AcTED uNDER the color of STATE OR LocAL LAW, when the DEFENDANT ESCORTED the Plaintiff to 12-Block', the RRu PRogRam, And ASkED the Plaintiff About Plaintiff's claims of SExual Assult while in WENDE CoRRECTionAL FACility', And Plaintiff inFoRmED the DEFENDANT that DID happen, And Plaintiff gAVE nAmES. About twenty minutes or so lAter, when the Plaintiff was SECuRED in his cell, An Officer got on the intERCom, And bEgan informing the entire block that the "Plaintiff hAs been SExually AssultED, And if Anyone wAnts too Abuse the Plaintiff, let your GALLERy officER

Know, and it will be arranged.

33. DEFENDANT No. 34, acted under the color of state or local law, when the DEFENDANT violated the Plaintiff's privacy, when DEFENDANT had the Bubble Officer Read all about the Plaintiffs' Area Report, or the intercom.

34. DEFENDANT No. 35, acted under the color of state or local law, when the DEFENDANT asked a male nurse for an injury Report, dealing with the Plaintiff being sexually assulted. The DEFENDANT then told the male nurse, "the Plaintiff, or better yet, this nigger likes to make complaints about DEFENDANT's co-workers." DEFENDANT then informed the Plaintiff, "You are my REC until the day you leave."

35. DEFENDANT No. 36, acted under the color of state or local law, when the DEFENDANT, during an interview with the Plaintiff, that "if Plaintiff continues to write letters to the Superintendent or the Commissioned, "be very careful, no Officer here at Five

Points will tolerate Anyone making Any Complaints, About Any Officer.

36. DEFENDANT No. 37, Acting under the color of STATE or LOCAL LAW, when the DEFENDANT informed the Plaintiff, that " if Plaintiff continues to WRITE letters to the COMMISSIONER, Plaintiff will be found hung! "

37. DEFENDANT No. 38, ACTED under the color of STATE or LOCAL LAW, when the DEFENDANT Refused to Allow the Plaintiff to Attend MANDATORY call-outs.

38. DEFENDANT No. 39 ; AND DEFENDANT No. 40, ACTED under the color of STATE or LOCAL LAW, when the DEFENDANTs informed the Plaintiff, "if you continue to WRITE the Superintendent, WE will MAKE A CLAIM that Plaintiff SMACKED both DEFENDANTs on the Ass. "

39. DEFENDANT No. 41, ACTED under the color of STATE or LOCAL LAW, when DEFENDANT ASKED the Plaintiff to suck his DICK,

40. DEFENDANT No. 42', ACTED UNDER the COLOR OF STATE OR LOCAL LAW', WHEN the DEFENDANT Violated the Plaintiff's PRIVACY Rights, WHEN the DEFENDANT told the ENTIRE 12-Block, that the Plaintiff WAS SEXUALLY Abused, AND that Plaintiff is looking FOR SOMEONE to RAPE him.

41. DEFENDANT No. 43', ACTED UNDER the COLOR OF STATE OR LOCAL LAW', WHEN the DEFENDANT told the Plaintiff that, " Plaintiff WILL SUCK my Dick, AND ENJOY it.

42. DEFENDANT No. 44', ACTED UNDER the COLOR OF STATE OR LOCAL LAW', WHEN the DEFENDANT REFUSED to give the Plaintiff his injection FOR A HERNIA, by stating, "SECURITY HAS ADVISED ME to NOT give the Plaintiff, ANY MEDICAL ASSISTANCE."

43. DEFENDANT No. 45', ACTED UNDER the COLOR OF STATE OR LOCAL LAW', WHEN the DEFENDANT REFUSED to DO A follow-up OF All the Complaints, that the Plaintiff HAD MADE AVAILABLE.

44. DEFENDANT No. 46', ACTED UNDER the COLOR OF STATE OR LOCAL LAW', WHEN the DEFENDANT WAS

the Plaintiff's CARE-PROVIDER, WHEN the DEFENDANT REFUSED to DOCUMENT ALL OF the Plaintiff's MEDICAL CONCERNS, ESPECIALLY About the Plaintiff being SEXUALLY ABUSED, into the Plaintiff's MEDICAL CHART, by stating, "I will not DOCUMENT the SEXUAL ASSULT, OR Anything ELSE, BECAUSE the Plaintiff DESERVED what-EVER happened!"

III.   PRISONER STATUS

INDICATE WHETHER YOU ARE A PRISONER, OR OTHER CONFINED PERSON As follows:

☒ CONVICTED AND SENTENCED STATE PRISONER

IV.   STATEMENT OF CLAIM

STATE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT WAS PERSONALLY INVOLVED IN THE ALLEGED WRONGFUL ACTION, ALONG WITH THE DATES AND LOCATIONS OF ALL RELEVANT EVENTS.

1. ON the ___ DAY OF NOVEMBER, 2022, the

Plaintiff was sexually assulted by Defendant No. 7, and Defendant No. 11, along with Defendant No. 20, Defendant No. 21, and Defendant No. 22, in the RRU at Wende Correctional Facility.

2.  On the 16th day of <u>December</u>, 2022, in the Wende Correctional Facility, Plaintiff was sexually harassed by Defendant No. 17, Defendant No. 18, by using the PA system, to identify the Plaintiff, and read the grievance about Plaintiff being sexually abused.

3.  On the 1st day of March, 2023, in the RRU at Wende Correctional Facility, Defendant No. 10, while making rounds, stopped in front of Plaintiff's cell and blew kisses at the Plaintiff.

4.  On the 6th day of <u>March</u>, 2023, Plaintiff sent a letter to Defendant No. 21, informing the Defendant as to what was going on in the Wende Correctional Facility, and listed names of security personnel involved in the sexual

harassment, and threats. This letter went unanswered.

5. On the 7th Day of March, 2023; in the Wende Correctional Facility, Plaintiff sent Defendant No. 3; A letter Dipicting all the Sexual harassment, and the Attempted Rape by Defendant No. 7; And Defendant No. 11.

6. On the 7th Day of March, 2023, Defendant No. 16; was in the Catwalk behind the Plaintiff's cell, in Wende Correctional Facility, by spraying pepper spay in Plaintiff's cell.

7. On the 9th Day of March, 2023; Plaintiff sent a Grievance About the Sexual harassment And threats, that Defendant No. 15; was Saying to Plaintiff.

8. On the 9th Day of March, 2023; Plaintiff sent a letter to Defendant No. 5; About the Sexual harassment, And how Plaintiff fears for his life.

9. On the 11th Day of March, 2023; Defendant

No. 12, AND DEFENDANT No. 14, CONTINUED to MAKE HOMOSEXUAL COMMENTS AND THREATS.

10. ON THE 12th DAY OF MARCH, 2023, PLAINTIFF FILED ANOTHER GRIEVANCE ABOUT DEFENDANT No. 12, AND DEFENDANT No. 23, MAKING HOMOSEXUAL HARASSMENTS AND THREATS.

11. ON THE 12th DAY OF MARCH, 2023, PLAINTIFF SENT ANOTHER LETTER TO DEFENDANT No. 5, ABOUT THE SEXUAL HARASSMENTS, AND THREATS.

12. ON THE 13th DAY OF MARCH, 2023, PLAINTIFF SENT ANOTHER LETTER TO DEFENDANT No. 5, ASKING FOR HELP, BECAUSE PLAINTIFF WAS IN FEAR FOR HIS LIFE.

13. ON THE 13th DAY OF MARCH, 2023, PLAINTIFF RECEIVED GRIEVANCE No. WDE-0104-23, AND THE PLAINTIFF WAS ADVISED THAT IT WAS SENT DIRECTLY TO DEFENDANT No. 5, TO INTERVENE.

14. ON THE 14th DAY OF MARCH, 2023, PLAINTIFF SENT ANOTHER LETTER TO DEFENDANT No. 5, ABOUT BEING SEXUALLY HARASSED AND BEING THREATENED.

15.     On or about the 15th Day of March, 2023', the Plaintiff received a Response from Defendant No.3', informing the Plaintiff that Defendant No.3', cannot intervene, as it is out of their Jurisdiction.

16.     On the 15th Day of March, 2023', Defendant No. 17', informed the Plaintiff that Defendant No.2, And the Plaintiff, can "Eat my bloody Pussy."

17.     On the 16th Day of March, 2023', Plaintiff send Defendant No.5', Another letter About the threats And homosexual comments, from Defendant No.12.

18.     On the 18th Day of March, 2023', the Plaintiff wrote to sick-call About coughing up blood.

19.     On the 19th Day of March, 2023', Plaintiff sent Defendant No.2', Another letter, Asking for A Response About the claims that Plaintiff had filed.

20.     On the 18th Day of March, 2023', Plaintiff spoke with Defendant No. 9', pertaining to the

GRIEVANCES OF HOMOSEXUAL COMMENTS, AND threats.

21. On the 20th DAY OF MARCH, 2023; Plaintiff sent out ANOTHER SICK-call slip About having Shortness of breath, And coughing up blood.

22. On the 21st DAY OF MARCH, 2023; Plaintiff sent A letter to DEFENDANT No.1; And has yet to RECEIVE A RESPONSE.

23. On the 21st DAY OF MARCH, 2023; Plaintiff sent ANOTHER GRIEVANCE About the threats of VIOLENCE; AND DEFENDANT No.18; INFORMED the Plaintiff to inform All individuals that Plaintiff writes to, "CAN EAT my bloody Pussy."

24. On the 23RD DAY OF MARCH, 2023; DEFENDANT No.16; AND DEFENDANT No.17; got on the intercom, in G-Block of WENDE CORRECTIONAL FACILITY, AND READ the Plaintiffs ENTIRE file About being sexually assulted by DEFENDANT No.11.

25. On the 3RD DAY OF APRIL, 2023; Plaintiff sent A letter to DEFENDANT No.6; complaining about

the homosexual comments and threats being
directed towards Plaintiff

24.    On the 4th day of April, 2023', Plaintiff sent
a sick-call slip, requesting Defendant No. 19',
to document in the Plaintiff's medical chart,
that Plaintiff is coughing up blood, and
experiencing some dizzyness.

27.    On the 4th day of April, 2023', Plaintiff sent
a letter to Defendant No. 8', requesting to
be placed on a mental health call-out.

28.    On the 4th day of April, 2023', Plaintiff sent
a letter to Defendant No. 6', about threats,
homosexual comments, along with racial
comments from Defendant No. 13.

29.    On the 6th day of April, 2023', Plaintiff was
transferred from Wende Correctional Facility,
RRU, to the Five Points Correctional Facility.

30.    On the 9th day of April, 2023', Plaintiff sent
out a grievance about Defendant No. 34', who

ESCORTED the Plaintiff to the SHU; And who ASKED if Plaintiff WAS EVER SEXUALLY ABUSED, And Plaintiff REPLIED "YES." Upon ENTERING the SHU, DEFENDANT No. 34; And DEFENDANT No. 39; began informing All Other OFFICERS; About how the Plaintiff WAS SEXUALLY ABUSED And Almost RAPED by DEFENDANT No. 11; At WENDE CORRECTIONAL FACILITY.

31. On the 12th DAY of April, 2023; the Plaintiff RECEIVED GRIEVANCE No. FPT-0504-23, Along with A Notice From the I.G.R.C. SUPERVISOR; informing Plaintiff that "GRIEVANCE only CONTAINED concerns of SEXUAL ABUSE, SEXUAL HARASSMENT, OR An UNAUTHORIZED Relationship; And ACCORDINGLY, your GRIEVANCE is DEEMED EXHAUSTED."

32. On the 13th DAY of April, 2023; Plaintiff sent out A GRIEVANCE About Not being ABLE to SEE OR SPEAK to Any INDIVIDUAL FROM PREA.

33. On the 15th DAY of April, 2023; Plaintiff Sent out A GRIEVANCE About being THREATENED And SEXUALLY HARASSED by DEFENDANT No. 35;

AND DEFENDANT No. 39.

34.   On the 17th Day of April, 2023', Plaintiff
      sent out A Grievance About Not being feed
      his Ramadon meal, by Defendant No. 40.

35.   On the 17th Day of April, 2023', Plaintiff sent
      out A letter to Defendant No. 1', About the
      Plaintiff being threatened and Sexually
      harassed,

36.   On the 18th Day of April, 2023', the Plaintiff
      Received Another Response from I.G.R.C.,
      Supervisor, that Plaintiff's Current Grievance
      is Exhausted.

37.   On the 19th Day of April, 2023', the Plaintiff
      Received Another Response from the I.G.R.C.
      Supervisor, Along with Grievance No, FPT-C541-23,
      Again, the Grievance is Considered Exhausted,

38.   On the 28th Day of April, 2023', Plaintiff
      Received Another Response from the I.G.R.C,
      Supervisor, Along with Grievance No, FPT-0581-23,
      Again, the Grievance is Considered Exhausted,

39. On the 1st day of May, 2023; the Plaintiff received another response from the I.G.R.C. Supervisor, along with Grievance No. FPT-0607-23; FPT-0608-23; and FPT-0609-23; Again, the Grievance is considered exhausted.

40. On the 3rd day of May, 2023; Plaintiff received another response from the I.G.R.C. Supervisor; Along with Grievance No. FPT-0627-23; and Grievance No. FPT-0628-23; And again, the Grievance is considered exhausted.

41. On the 1st day of June, 2023; Plaintiff received another response from the I.G.R.C. Supervisor, Along with Grievance No. FPT-0790-23; And again, the Grievance is considered to be exhausted.

42. On the 2nd day of June, 2023; Plaintiff received another response from the I.G.R.C. Supervisor, Along with Grievance No. FPT-0803-23; And again, the Grievance is considered to be exhausted.

43. On the 22nd day of June, 2023, Plaintiff sent out another letter to Defendant No. 1; About the threats and homosexual comments made

towards the Plaintiff by Defendant No. 34.

44. On the 3RD day of July, 2023, Plaintiff received another response from the I.G.R.C. Supervisor, along with Grievance No. FPT-0959-23, as well as Grievance No. FPT-0990-23, and again, Grievance is considered exhausted.

45. On the 12th day of July, 2023, Plaintiff received another response from the I.G.R.C. Supervisor, as well as Grievance No. FPT-0986-23, and Grievance No. FPT-0989-23, and again, Grievance is considered to be exhausted.

46. On the 12th day of July, 2023, Plaintiff sent out a letter to Defendant No. 25, about Plaintiff being threatened with bodily harm, as well as sexual harassment by Defendant No. 42, and Defendant No. 43.

47. On the 19th day of July, 2023, Plaintiff sent out another letter to Defendant No. 25, about the Plaintiff being denied medical treatment from Defendant No. 45, and Defendant No. 46,

48. On the 19th day of July, 2023; Plaintiff sent a letter to Defendant No. 27; about the Plaintiff being Denied Medical treatment from Defendant No. 45; and Defendant No. 46.

49. On the 24th day of July, 2023; Plaintiff received a response from the I.G.R.C. Supervisor, along with Grievance No. FPT-1080-23; Grievance No. FPT-1081-23; and Grievance No. FPT-1082-23; and again, Grievances are considered to be exhausted.

50. On the 26th day of July, 2023; Plaintiff sent a letter to Defendant No. 30; about retaliation from Defendant No. 40; threatening to do bodily harm to Plaintiff, for filing Grievances.

51. On the 4th day of October, 2023; Plaintiff finally got a response from Defendant No. 1; informing Plaintiff to address all issues with the appropriate department in Five Points.

52. On the 20th day of December, 2023; Plaintiff sent another letter to Defendant No. 1; about the facility administration, not responding

back to the Plaintiff.

53.     On the 2nd day of January, 2024; Plaintiff
RECEIVED A RESPONSE from DEFENDANT No. 4;
informing the Plaintiff to bring All CONCERNS
to the FIVE Points Administration.

54.     On the 8th day of January, 2024; Plaintiff
SENT letter to DEFENDANT No. 26; About the
threats from DEFENDANT No. 24; DEFENDANT No. 31;
DEFENDANT No. 32; And DEFENDANT No. 33; WHERE
All DEFENDANTS ARE threatening to do bodily
harm, And sexual harm to Plaintiff.

55.     On the 8th day of January, 2024; Plaintiff
SENT A letter to DEFENDANT No. 28; About the
threats from DEFENDANT No. 24; DEFENDANT No. 31;
DEFENDANT No. 32; And DEFENDANT No. 33; WHERE
All DEFENDANTS ARE threatening to do bodily
And sexual harm to the Plaintiff.

56.     On the 8th day of January, 2024; Plaintiff SENT
A letter to DEFENDANT No. 29; About the threats
that Plaintiff is RECEIVING from DEFENDANT No. 24;
DEFENDANT No. 31; DEFENDANT No. 32; And DEFENDANT

No. 33; WHERE All DEFENDANT'S ARE continuing to threaten the Plaintiff with bodily and sexual harm to the Plaintiff.

57.   ON the 19th DAY of JANUARY, 2024, Plaintiff sent a letter to Defendant No. 44; that Plaintiff is being Denied MEDICAL call-outs from Defendant No. 36.

58.   ON the 31st DAY of JANUARY, 2024; the Plaintiff was told by Defendant No. 37; AND Defendant No. 38; in 10-Building, that if Plaintiff continues to send out GRIEVANCES; the Plaintiff will end up with a NEW charge, because Defendant No. 37; AND DEFENDANT No. 38; will say that Plaintiff flashed And/or sexually Assulted them.

59.   ON the 2nd DAY of FEBRUARY, 2024; Plaintiff RECEIVED Another Response from the I.G.R.C. Supervisor, that GRIEVANCE No. FPT-0226-24; And that SAID GRIEVANCE is CLOSED.

60.   ON the 5th DAY of FEBRUARY, 2024; Plaintiff RECEIVED A cell-mate, who was TRANSGENDER.

Plaintiff informed All security personnel in 10-Block, that the Plaintiff is a muslim, and that transgender individuals are not suppose to be bunked with other incarcerated individuals.

V.    INJURIES

IF YOU SUSTAINED INJURIES RELATED TO THE EVENTS ALLEGED ABOVE, DESCRIBE YOUR INJURIES, AND STATE WHAT MEDICAL TREATMENT, IF ANY, YOU REQUIRED AND DID OR DID NOT RECEIVE?

The Plaintiff was subjected to an unauthorized cavity search; where Defendant No. 11; and Defendant No. 7; forced three (3) fingers into the Plaintiff's Anus. Plaintiff suffered physical, Mental; and emotional Anguish. Also, Plaintiff was denied Any type of MEDICAL TREATMENT for four (4) months after the incident.

VI    RELIEF

STATE BRIEFLY WHAT YOU WANT THE COURT TO

DO FOR YOU. MAKE NO LEGAL ARGUMENTS. DO NOT CITE ANY CASES OR STATUTES. IF REQUESTING MONEY DAMAGES, INCLUDE THE AMOUNTS OF ANY ACTUAL DAMAGES AND/OR PUNITIVE DAMAGES CLAIMED FOR THE ACTS ALLEGED.?

Plaintiff asks this Court to hold each Defendant liable for their ROLE IN the SEXUAL ASSULT, SEXUAL HARASSMENT, Attempted RApE, threats, AND RACIAL REMARKS; that Plaintiff has suffered through MORE than A year, And still DEAling with,

Plaintiff Also asks this Court to make the DETERMINATION of Punishment that Should be handed out, Such AS CRIMINAL CHARGES, Loss of Job, Etc.

Plaintiff Also asks this Court to ORDER the DEFENDANTS, to pay a total of THREE-MILLION DOLLARS ($3,000,000.00), to the Plaintiff.

VII    EXHAUSTION OF ADMINISTRATIVE REMEDIES, ADMINISTRATIVE PROCEDURES?

ADMINISTRATIVE REMEDIES ARE Also KNOWN

AS GRIEVANCE PROCEDURES. YOUR CASE MAY BE DISMISSED IF YOU HAD NOT EXHAUSTED YOUR ADMINISTRATIVE REMEDIES?

A. DID YOUR CLAIM ARISE WHILE YOU WERE CONFINED IN A JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY?   ☒ YES

IF YES, NAME THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY, WHERE YOU WERE CONFINED AT THE TIME OF THE EVENTS GIVING RISE TO YOUR CLAIM?

1. WENDE CORRECTIONAL FACILITY;
2. FIVE POINTS CORRECTIONAL FACILITY.

B. DOES THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY, WHERE YOUR CLAIMS AROSE, HAVE A GRIEVANCE PROCEDURE?   ☒ YES

C. DOES THE GRIEVANCE PROCEDURE AT THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY, WHERE YOUR CLAIM AROSE, COVER SOME OR ALL OF YOUR CLAIMS?   ☒ DO NOT KNOW

D.   DID YOU FILE A GRIEVANCE IN THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY, WHERE YOUR CLAIMS AROSE, CONCERNING THE FACTS RELATING TO THIS CASE?          ☒ YES

E.   IF YOU DID FILE A GRIEVANCE:

1. WHERE DID YOU FILE THE GRIEVANCE?

WENDE CORRECTIONAL FACILITY; AND
FIVE POINTS CORRECTIONAL FACILITY.

2. WHAT DID YOU CLAIM IN YOUR GRIEVANCE?

CLAIMS INCLUDED SEXUAL HARASSMENT;
ATTEMPTED RAPE; SEXUAL ABUSE; THREATS;
AND RACIAL HARASSMENT.

3. WHAT WAS THE RESULT, IF ANY?

EVERY GRIEVANCE FILED BY THE PLAINTIFF, WAS
ANSWERED BY THE I.G.R.C. SUPERVISOR, "THE
GRIEVANCE IS CONSIDERED EXHAUSTED."

4. WHAT STEPS, IF ANY, DID YOU TAKE TO APPEAL

THAT DECISION? IS THE GRIEVANCE PROCESS COMPLETE?

AFTER RECEIVING the RESPONSE FROM the I.G.R.C. SUPERVISOR, PLAINTIFF INFORMED the GRIEVANCE SUPERVISOR, to FORWARD AII GRIEVANCES To C.O.R.C. (CENTRAL OFFICE REVIEW COMMITTEE).

VIII    PREVIOUS LAWSUITS

THE " THREE STREKES RULE" BARS A PRISONER FROM BRINGING A CIVIL ACTION OR AN APPEAL IN FEDERAL COURT WITHOUT PAYING THE FILING FEE, IF THAT PRISONER HAS "ON THREE OR MORE OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT WAS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY." 28 U.S.C. § 1915(g).

TO THE BEST OF YOUR KNOWLEDGE, HAVE YOU

HAD A CASE DISMISSED BASED ON THIS "THREE STRIKES RULE?"      ☒ NO

A. HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?   ☒ NO

B. HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT OTHERWISE RELATING TO THE CONDITIONS OF YOUR IMPRISONMENT? ☒ NO

IX. CERTIFICATION AND CLOSING

UNDER FEDERAL RULE OF CIVIL PROCEDURE 11, BY SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT: (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY, OR NEEDLESSLY INCREASE THE COST OF LITIGATION; (2) IS SUPPORTED BY EXISTING LAW OR NONFRIVOLOUS ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW; (3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR, IF

SPECIFICALLY SO IDENTIFIED, WILL LIKELY HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY; (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMENTS OF RULE 11.

A.   FOR PARTIES WITHOUT AN ATTORNEY

I AGREE TO PROVIDE THE CLERK'S OFFICE WITH ANY CHANGES TO MY ADDRESS, WHERE CASE-RELATED PAPERS MAY BE SERVED, I UNDERSTAND THAT MY FAILURE TO KEEP A CURRENT ADDRESS ON FILE WITH THE CLERK'S OFFICE, MAY RESULT IN THE DISMISSAL OF MY CASE.

DATE OF SIGNING:   FEBRUARY 19, 2024

Jesse James

JESSE JAMES

16-A-2985

FIVE POINTS CORRECTIONAL FACILITY

STATE ROUTE 96, P.O. BOX 119

ROMULUS, NEW YORK 14541

PAGE 61 OF 68

# CIVIL COVER SHEET   24-cv-00168 JLS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jesse James | Daniel Martuscello III, et al. |

| **(b)** County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

| II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* <br> *(For Diversity Cases Only)*  and One Box for Defendant) |
|---|---|---|

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - Product Liability <br> ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 690 Other <br><br> **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Management Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated New Drug Application <br> ☐ 840 Trademark <br><br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 485 Telephone Consumer Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> ☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate Sentence <br> ☒ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

| VI.  CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____ <br><br> Brief description of cause: _____ |
|---|---|

| VII.  REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ _____ | CHECK YES only if demanded in complaint: <br> JURY DEMAND:   ☐ Yes   ☐No |
|---|---|---|---|

| VIII.  RELATED CASE(S) IF ANY | *(See instructions):* _____ JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JESSE JAMES 16-A-2985
FIVE Points CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
Romulus, NEW YORK, 14541



Five Point 2/20/24

02/21/2024
US POSTAGE
ZIP 14541
041M11272007

Five Point
Correctional Facility

USDC-WDNY
FEB 26 2024
ROCHESTER

CLERK

KENNETH B. KEATING FEDERAL Building
U.S. COURTHOUSE
100 STATE STREET
Rochester, NEW YORK
14614-1387

Five Points Correctional
Facility
Legal Mail Only